Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin Kreider, | Case No. 5:21-cv-00729 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| California Imaging & Diagnostics Medical Group, Inc., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Austin Krieder and Defendant California Imaging & Diagnostics Medical Group, Inc., APC, by and through their undersigned attorneys, stipulate to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL
1

Dated: June 6, 2022

Respectfully submitted,

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

/s/ Robert Davis
Robert Davis
Davis & Wojcik, A Professional Law Corporation
1 Better World Cir., #300
Temecula, CA 92590
rob@dw.law
Attorneys for Defendant,
California Imaging & Diagnostics
Medical Group, Inc.
Attorneys for Defendant

## ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

s/Russell S. Thompson, IV
Russell S. Thompson, IV

## **CERTIFICATE OF SERVICE**

I certify that on June 6, 2022, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson, IV
Russell S. Thompson, IV
